UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

                        Plaintiff,

-against-

                                                    Case No. 7:20-mj-2300

Jordan Papacharalambous

                        Defendant.

----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      _____
                                                      Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York